AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas

JUN 0 4 2015

Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Juan Marcos HERNANDEZ-Martinez | ) | Case No. M-15-0897-M |
| YOB: 1984 | ) | |
| Citizenship: Mexico | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 03, 2015__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(5) | Illegal Alien in Possession of a Firearm and Ammunition |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Sean Greene, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.
Approved Joseph Leonard

Date: 06/04/2015

*Judge's signature*

City and state: McAllen, Texas

Dorina Ramos, U.S. Magistrate Judge
*Printed name and title*

ATTACHMENT "A"

On June 03, 2015, Homeland Security Investigations special agents (SAs) and Border Patrol agents contacted Juan Marcos HERNANDEZ-Martinez, as well as his spouse, in Hidalgo County Texas. The agents identified themselves as law enforcement and requested consent to search their residence. HERNANDEZ and his spouse subsequently provided consent to search the premises.

SAs conducted a search of the residence and located an FNH USA 9mm handgun (serial number 61BMT06644) and the accompanying magazine that contained 16 rounds of ammunition, as well as one box of Aguilera 9mm ammunition containing 28 rounds on top of a kitchen cupboard in HERNANDEZ' residence.

Checks of Department of Homeland Security indices revealed that HERNANDEZ was voluntarily removed from the United States to Mexico on at least one occasion in July of 2009. The firearm bore markings that indicated it was manufactured outside the State of Texas.

SAs advised HERNANDEZ of his Miranda Rights and the subject waived his right to counsel and agreed to answer questions. During the course of the interview, HERNANDEZ stated that he was the owner of the firearm and ammunition. HERNANDEZ stated that he had purchased the handgun from an unidentified individual for approximately $200.00 (USD) five months prior to this incident. HERNANDEZ stated that he was residing illegally in the United States. HERNANDEZ further stated that as an illegal alien he knew that he was prohibited from possessing the firearm and ammunition.